170 A.3d 818

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner,**

v.

**Alex Jonathan BROWN, Respondent.**

**Misc. Docket AG No. 91, Sept. Term, 2016**

Court of Appeals of Maryland.

September 27, 2017

## ORDER

This matter came before the Court on the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and Respondent, Alex Jonathan Brown. The Court, having considered the Petition and the record herein, it is this 27th day of September, 2017,

ORDERED, that Respondent, Alex Jonathan Brown, be and he is hereby REPRIMANDED for violating Rule 8.4(d) of the Maryland Lawyers' Rules of Professional Conduct.